UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2008 JUL -2  A 10: 17

DEPUTY CLERK

JAMES PRESTON (#70687)

VERSUS

JAMES M. LEBLANC, SECRETARY, ET AL.

CIVIL ACTION

NO. 08-321-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiffs' claims are DISMISSED as frivolous within the meaning of 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 1ST day of July, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA